UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODSON IWUAGWU,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 14-cv-00822-TEH<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE** |

Defendant's counsel filed a stipulated proposed protective order on July 24, 2014, but failed to comply with this Court's standing order, which provides that:

> Parties shall file one of the following with their proposed protective order: (a) a declaration stating that the proposed order is identical to one of the form orders except for the addition of case-identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the form order, along with a redline version comparing the proposed protective order with the form order; or (c) a declaration explaining why use of one of the form orders is not practicable.

Civil Standing Order ¶ 5.

This Court's courtroom deputy twice called counsel to inquire about the missing declaration. During the second call, counsel informed the Court that a declaration would be filed by September 22, 2014. No such declaration has been filed.

The Court now DENIES the parties' stipulated protective order without prejudice to re-filing with an appropriate declaration.

**IT IS SO ORDERED.**

Dated: 09/29/14

                                              THELTON E. HENDERSON
                                              United States District Judge