| | |
|---|---|
| 1 | JOHN F. MARTIN, Bar No. 52618 |
| | john@johnfmartinlaw.com |
| 2 | MARTA R. VANEGAS, Bar No. 278328 |
| | marta@johnfmartinlaw.com |
| 3 | LAW OFFICES OF JOHN F. MARTIN |
| | A Professional Corporation |
| 4 | 3100 Oak Road, Suite 230 |
| | Walnut Creek, California  94596 |
| 5 | Telephone:    (925) 937-5433 |
| | Facsimile:     (925) 938-5567 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | GODSON IWUAGWU |
| 8 | ERIC M. STEINERT, Bar No. 168384 |
| | esteinert@seyfarth.com |
| 9 | JUSTIN T. CURLEY, Bar No. 233287 |
| | jcurley@seyfarth.com |
| 10 | SEYFARTH SHAW LLP |
| | 560 Mission Street, Suite 3100 |
| 11 | San Francisco, California  94105 |
| | Telephone:    (415) 397-2823 |
| 12 | Facsimile:     (415) 397-8549 |
| 13 | Attorneys for Defendant |
| | WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODSON IWUAGWU, | Case No. 3:14-cv-00822 TEH |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., a corporation, and DOES 1-50, | Action Filed in State Court: January 13, 2014 |
| | Action Removed:                February 24, 2014 |
| Defendants. | |

JOINT STIP. TO DISMISS ACTION WITH PREJUDICE
AND [PROPOSED] ORDER

Case No. 3:14-cv-00822 TEH

WHEREAS, Plaintiff GODSON IWUAGWU filed his Complaint in the Superior Court of California, County of Alameda on January 13, 2014; and

WHEREAS, Defendant WELLS FARGO BANK, N.A., removed the case to the United States District Court for the Northern District of California on February 24, 2014; and

WHEREAS, Plaintiff GODSON IWUAGWU and Defendant WELLS FARGO BANK, N.A. settled this matter on or about November 25, 2014 by executing a Confidential Settlement Agreement and Release.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff GODSON IWUAGWU and Defendant WELLS FARGO BANK, N.A., that this action is to be dismissed with prejudice pursuant to the Parties' settlement of the matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party is to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED by and between Plaintiff GODSON IWUAGWU and Defendant WELLS FARGO BANK, N.A., that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the Parties' settlement.

**IT IS SO STIPULATED.**

Dated: December 2, 2014

LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation

/s/ Marta R. Vanegas
Marta R. Vanegas

Attorneys for Plaintiff
GODSON IWUAGWU

Dated: December 2, 2014

SEYFARTH SHAW LLP

/s/ Justin T. Curley
Eric M. Steinert
Justin T. Curley

Attorneys for Defendant
WELLS FARGO BANK, N.A.

2

JOINT STIP. TO DISMISS ACTION WITH PREJUDICE
AND [PROPOSED] ORDER                                    Case No. 3:14-cv-00822 TEH

1   IT IS SO ORDERED.
2   DATED: ___12/03___, 2014
3
4                                   HON. _____
                                    United [signature: Thelton F. Henderson]
5                                   Judge Thelton E. Henderson
6   18627061v.1

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

JOINT STIP. TO DISMISS ACTION WITH PREJUDICE
AND [PROPOSED] ORDER                                    Case No. 3:14-cv-00822 TEH